UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED

MAR 17 2014

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Kenneth Copeland

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

14CV1921
JUDGE CHANG
MAGISTRATE JUDGE MARTIN

vs.

Sheridan Correctional Center
West Care Foundation
Mr. Stan Brooks
Mrs. Carolyn Ahlbach

Case No: _____
(To be supplied by the Clerk of this Court)

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

CHECK ONE ONLY:

_____ COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code (state, county, or municipal defendants)

_____ COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code (federal defendants)

_____ OTHER (cite statute, if known)

BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.

I. Plaintiff(s):

   A. Name: Kenneth Copeland

   B. List all aliases: _____

   C. Prisoner identification number: #B46891

   D. Place of present confinement: Sheridan Correctional Center

   E. Address: 4017 E. 2603 Road Sheridan, IL. 60551

   (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. Defendant(s):
   (In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

   A. Defendant: Sheridan
      Title: Correctional
      Place of Employment: 4017 E. 2603 Rd. Sheridan IL 60551

   B. Defendant: West Care Foundation
      Title: Substance abuse treatment
      Place of Employment: _____

   C. Defendant: Mr. Stan Brooks
      Title: Case management
      Place of Employment: 4017 E. 2603 Rd. Sheridan IL 60551

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised 9/2007

I. Plaintiff(s):

    A. Name: *Kenneth Copeland*

    B. List all aliases: _____

    C. Prisoner identification number: *#B46891*

    D. Place of present confinement: *Sheridan Correctional Center*

    E. Address: *4017 E. 2603 Road Sheridan, IL. 60551*

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. Defendant(s):
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

    A. Defendant: _____

       Title: _____

       Place of Employment: _____

    B. Defendant: _____

       Title: _____

       Place of Employment: _____

    C.1 Defendant: *Mrs. Carolyn Ahlbach*

       Title: *Case worker/management*

       Place of Employment: *4017 E. 2603 Rd. Sheridan IL. 60551*

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: _1:13-CV-05842_

B. Approximate date of filing lawsuit: _Aug. 15 2013_

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _Kenneth Copeland_

D. List all defendants: _Cook County Department of Corrections' Jail and Keefe Commissary Network_

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____

F. Name of judge to whom case was assigned: _Judge Edmond E. Chang — Magistrate Judge Daniel G. Martin_

G. Basic claim made: _____

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _Is still pending_

I. Approximate date of disposition: _____

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

Revised 9/2007

IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I pray for Salvation, To my Heavenly Father I come to You in the name of Jesus. I am a Christian. This is what I believe in. When it comes to being force to pray their prayer everyday together as one so call family at the same time. In unity praising West Care Foundation as a whole. This is call a Cult The definition of a Cult is ritualistic, devotion to a person or thing. I Kenneth Copeland #B46891 did not agreed to be in a Cult nor do I believe in one. Sheridan Correctional Center, West Care Foundation, case management Stan Brooks and case worker Carolyn Ahlbach. This type of discrimination, cruel and unusual Punishment, Harrassment Misconduct Abuse of Authority. Due process of Law. They also violate my oath, religious beliefs, my Amendment right and my GOD commandment. Father GOD, please give me the strength and wisdom to go against the flow of this world. Help me to resist what is wrong in Your eyes and act in ways that pleases only You. I need You Lord. This is my prayer because I have a jealous GOD. In Psalm 35 says I will bless the Lord at all times, His praise shall

4

Continually be in my mouth. Every Knee shall bow Every tongue confess in Him. beware of false prophets Matt 7:15 Galatians 5:22-23 and Romans 10:8-13. I'm not a bad person. I'm 53 years old, bless, married to the same women for 33 years, we have a son in the airforce, a daughter who's a nurse and granddaughter. I'm not trying to be a problem. I'm sorry but I really believe deep down in my soul If I say their prayer with my mouth it will be Blaspheme, unforgetable, disrespectful, I'll be in danger of eternal damnation {Mark 3:29 and Luke 12:10} The Devil himself can not force me to praise westcare or pray their prayer. On Sep. 22, 2013 I had a talk with westcare counselor's in A25 about my Religious beliefs and Amendment Rights. On Nov. 10, 2013 C6-A-03 I had a talk with the case management Stan Brooks about said prayer. By February 3, 2014 case worker Corolyn said she didn't care about my beliefs. It's Mandatory that I say their prayer or be punish. on Feb 11, 2014 the adjustment committee had me on lock down in C6-A-03. No program. On Transfer. The case worker Mrs. Carolyn Ahlbach fill out false information on state document and Abuse her Authority by saying I disobeyed a direct order Insolence, refused to complete an LE on Feb, 12, 2014. I was on Lock down Feb, 11 2014 until March 21, 2014 Look on the Final Summary Report and see False Information the Dates.

Yes, I'm a prisoner provided certain right's the only thing holding me in bondage is a lack of knowledge of my Heavenly Father and to enter into the Kingdom of Heaven, West Care and the Administrative office can punish me keep me in jail for the rest of my life. I still will not believe or be force to pray their Brother, Brother prayer. West Care Foundation is authority to provide substance abuse treatment, Drug education, HIV and Aids counseling no more!!

V. Relief:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

To be compensated for the agony of pain and suffering cruel and unusual punishment forceing me to pray there prayer or be Transfer. Violation of my 1st. Amendment Rights My Religious beliefs.

VI. The plaintiff demands that the case be tried by a jury. ☐ YES ☒ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

State of Illinois County of LaSalle
Signed before me on this 13 day
of March 2014 by Kenneth Copeland
Notary Public Melinda Martinez

OFFICIAL SEAL
MELINDA MARTINEZ
Notary Public - State of Illinois
My Commission Expires Apr 12, 2015

Signed this __13__ day of __03__, 20__14__

_Kenneth Copeland_
(Signature of plaintiff or plaintiffs)

_Kenneth Copeland_
(Print name)

_B46891_
(I.D. Number)

_778 Titan Ave,_
_Chatham, IL. 62629_
(Address)